IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-CR-00065-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY BERNARD MANUEL,

    Defendant.

ORDER

This matter comes before the court on Defendant's sixth unopposed motion to continue the arraignment hearing [DE 57]. For good cause shown, the motion is GRANTED as follows. Defendant shall be allowed until May 6, 2025[1] to file pretrial motions, and the Government shall file any responses to pretrial motions by May 20, 2025. Defendant's arraignment hearing is continued to the June 10, 2025 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 6th day of March, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The current pretrial motions deadline was January 27, 2025; thus, the extension is actually a period of 99 days, as opposed to the "sixty (60)" requested by Defendant. DE 54. Defendant must demonstrate excusable neglect for extension requests made after a deadline has expired (*see id.*), and the court finds he has done so here.