IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No. 5:24-CR-00065-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY BERNARD MANUEL,

    Defendant.

ORDER

This matter comes before the court on Defendant's eighth unopposed motion to continue the arraignment hearing [DE 70]. For good cause shown, the motion is GRANTED as follows. Defendant shall be allowed until August 15, 2025 to file pretrial motions, and the Government shall file any responses to pretrial motions by August 29, 2025. Defendant's arraignment hearing is continued to the October 18, 2025 term of court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 14th day of July, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE