IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00065-M-1

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> COREY BERNARD MANUEL, <br><br> Defendant. | ORDER |

This matter comes before the court on Defendant's Motion to Suppress Statements (DE 95). To allow full briefing on this matter and in the interest of judicial efficiency, the court VACATES the hearing on February 17, 2026, and will hear this motion and the competency issue on Tuesday, March 3, 2026, at 10:00 a.m. in Courtroom 1, Wilmington. The United States shall file any response to the present motion on or before February 17, 2026, and the Defendant may file a reply in support of the motion on or before February 24, 2026.

Any period of delay resulting from this order is excluded from the computation of speedy trial time pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (D). In addition, the court has determined that the ends of justice served by permitting full briefing and hearing Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this 4th day of February, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE