IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:24-CR-00065-M-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

COREY BERNARD MANUEL,

    Defendant.

ORDER

This matter comes before the court on the Joint[1] Motion to Schedule Arraignment [DE 119] and Defendant's Motion to Seal [DE 120]. For good cause shown, the motion is GRANTED as follows. The Clerk of the Court shall schedule Defendant's arraignment during the July 21, 2026 term of court. The August 24, 2026 hearing is VACATED.

In addition, pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed document, the motion to seal is GRANTED. The Clerk of Court shall maintain under seal the document at DE 119 until further order of the court.

The court has determined that the ends of justice served by granting Defendant's motion outweigh the best interests of the public and Defendant in a speedy trial. Any delay occasioned by granting Defendant's motion shall therefore be excluded in computing Defendant's speedy-trial

---

[1] The motion is not signed by counsel for United States but reflects that counsel have worked together for the relief requested.

time. *See* 18 U.S.C. § 3161(h)(7).

SO ORDERED this ___8th___ day of July, 2026.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

2